# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ROYCE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALVIDREZ, et. al.,<br><br>　　　　Defendants.　　　　　　／ | CV F   04 5779 AWI SMS P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |

　　Jimmy Royce Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on May 28, 2004, alleging that certain individuals violated his Eighth Amendment right by physically hitting and kicking him.  Plaintiff names J. Alvidrez, W. Childers, T. Mosley, W. Kirby, G. Hensley, and T Wilson, all Correctional Officers at Wasco State Prison as Defendants.  The Complaint seeks compensatory damages.

　　On November 14, 2005, the Court issued an Order dismissing the Complaint with leave to amend.  On November 28, 2005, November 30, 2005, and December 7, 2005, Plaintiff informed the Court that he did not wish to file an Amended Complaint but instead wished to proceed on those claims found to be cognizable by the Court.  In a separate Order, the Court issued Findings and Recommendation that the action proceed on the Eighth Amendment Claim against Defendants Alvidrez, Childers, Kirby, Mosley and Hensley for excessive force and the remaining

1

claims and Defendants be dismissed from the action.  Based on the aforementioned findings, the HEREBY ORDERS  that:

    1.    Service is appropriate for the following defendants:

        JOE ALVIDREZ

        WOODROW CHILDERS

        WILLIAM KIRBY

        TIM MOSLEY

        GREGORY HENSLEY

    2.    The Clerk of the Court shall send Plaintiff FIVE USM-285 forms, FIVE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 24, 2004.

    3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff SHALL complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

        a.    Completed summons;

        b.    One completed USM-285 form for each Defendant listed above; and

        c.    **SIX (6)** copies of the endorsed complaint filed March 18, 2004.

    4.    Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5.    <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   December 15, 2005**              /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE