UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ROYCE JOHNSON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ALVIDREZ, et al.,<br>　　　　　Defendants.<br>_____/ | 1:04-cv-05779-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 15)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

　　　Plaintiff, Jimmy Royce Johnson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On December 15, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed December 15, 2005, are ADOPTED IN FULL;

2. This action proceed on plaintiff's Eighth Amendment claim against defendants Alvidrez, Childers, Kirby, Mosley, and Hensley for excessive force; and,

3. All remaining claims and defendants are DISMISSED from this action.

4. The action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   February 14, 2006**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE