UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ROYCE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVIDREZ, et al.,<br><br>    Defendants. | 1:04-CV-5779 AWI SMS P<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE RESPONSE<br>(DOCUMENT #28) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2006, defendants filed their first motion to extend time to file a response to plaintiff's amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are is granted thirty days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

**Dated:   April 14, 2006**            /s/ Sandra M. Snyder
b6edp0                    UNITED STATES MAGISTRATE JUDGE