IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JIMMY ROYCE JOHNSON,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**ALVIDREZ, et al.,**<br><br>                    Defendants. | Case No. 1:04-CV-5779 AWI SMS P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |

Defendants' second request for an enlargement of time to file a response to Plaintiff's amended complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have until May 20, 2006, within which to file a response.

IT IS SO ORDERED.

**Dated:   May 18, 2006**                         /s/ Sandra M. Snyder
b6edp0                                            UNITED STATES MAGISTRATE JUDGE