UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ROYCE JOHNSON, | 1:04-cv-05779-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 48) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 43) |
| ALVIDREZ, et al., | |
| Defendants. | **ORDER DISMISSING ENTIRE CASE** |

Jimmy Royce Johnson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 19, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.

6 Accordingly, IT IS HEREBY ORDERED that:

7 1. The Findings and Recommendations, filed July 19, 2006,
8 are ADOPTED IN FULL;

9 2. Defendants' Motion to Dismiss, filed May 19, 2006, is
10 GRANTED; and,

11 3. This case is therefore DISMISSED, without prejudice, in
12 its entirety.

14 IT IS SO ORDERED.

15 **Dated:   October 3, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE